## JUNE TERM, 1864. 459

The State, ex rel. Graham, in re Pille.

The writ of *habeas corpus* is refused.

---

## THE STATE, ex rel. GRAHAM, in re PILLE.

[PETITION FOR CERTIORARI TO REVISE PROCEEDINGS UNDER HABEAS CORPUS.]

1. *Persons within conscript ages, held constructively in military service of Confederate States, and not subject to militia service.*—Under the provisions of the act of congress approved February 17, 1864, persons who are within the ages of seventeen and fifty years, and who are not shown to be specially exempted, are constructively in the military service of the Confederate States, and are, therefore, not subject to militia duty at the call of the State.

2. *Liability of domiciled foreigner to militia service.*—A foreigner, who is

domiciled in this country, is liable to military service in the armies of the Confederate States; and being placed constructively in that service by the act of congress approved February 17, 1864, he can not be taken by the State as a militia-man.

In the matter of the petition of Polinice Pille for the writ of *habeas corpus,* by which he sought to procure his discharge from the custody of Col. Wm. B. Graham, who held him as a second-class militia-man under the call of the governor. The writ was sued out before the probate judge of Montgomery county, who, on the hearing, discharged the petitioner; and application is now made to this court, in the name of the State, for the writ of *certiorari,* or other remedial process, to revise his decision.

P. T. SAYRE, for the State.
GEO. GOLDTHWAITE, *contra.*

A. J. WALKER, C. J.—In a case recently decided by us, we held that persons within the age of conscription, and liable to conscription, were constructively in the military service of the Confederate States.—*Ex parte Graham, in re Emerson,* at the present term. This decision was made under the influence of the first clause of the act of congress of 17th February, 1864, which is in these words: "From and after the passage of this act, all white men, residents of the Confederate States, between the ages of seventeen and fifty, shall be in the military service of the Confederate States." This express and positive declaration of the statute places every man, liable to conscription, constructively in the military service of the Confederate States; and a man in such service can not be taken into the military service of the State as a militia-man. The claim of the State to the military service of a man must yield to the conflicting claim of the Confederate States; for the constitution, and laws of the Confederate States passed in pursuance thereof, are the supreme law of the land.

[2.] Pille, who obtained the *habeas corpus* in this case, is liable to conscription, and in the military service of the Confederate States, if he is domiciled in this country. Therefore, if he is a domiciled foreigner, he is in the ser-

vice of the Confederate States, and not liable to the military service of the State ; and in no point of view could the State have a right to take him into the army as a militia-man.

We approve the decision of the court below, and refuse the *certiorari* asked.